SO ORDERED.

Dated: November 25, 2009

_____
CHARLES G. CASE, II
U.S. Bankruptcy Judge

**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-13661/0044871341

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Jean' A L Vansickle<br>      Debtor.<br>_____<br>PHH Mortgage Corporation<br>      Movant,<br>  vs.<br>Jean' A L Vansickle, Debtor, Dale D. Ulrich, Trustee.<br><br>      Respondents. | No. 2:09-bk-22431-CGC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #26) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated August 23, 2007 and recorded in the office of the Maricopa County Recorder wherein PHH Mortgage Corporation is the current beneficiary and Jean' A L Vansickle has an interest in, further described as:

> APARTMENT UNIT 1, BUILDING C, RUTHGATE II CONDOMINIUMS, ACCORDING TO DECLARATION OF
> HORIZONTAL PROPER1Y REGIME, RECORDED IN DOCUMENT NO. 83-149400; AMENDED IN DOCUMENT NO. 83510989,
> AND PLAT RECORDED IN BOOK 251 OF MAPS, PAGE 33; CERTIFICATE OF CORRECTION RECORDED IN
> DOCUMENT NO. 83-205566, ALL OF OFFICIAL RECORDS, OF MARICOPA COUN1Y, ARIZONA;
> TOGETHER WITH AN UNDIVIDED INTEREST IN THE COMMON ELEMENTS AS SET FORTH IN SAID
> DECLARATION AND PLAT AND ANY ANNEXATIONS THERETO.

Also known as 214 E. Ruth Avenue, Phoenix, AZ 85020

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT